## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WYCH | E 2448751 | Lee | 7864 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 5/17/2025 9:30am
Offense Charged: ☒ USC
Offense: 8 USC 1306(a)

Place of Offense: Platte County, Wyoming, Jail

Offense Description: Factual Basis for Charge: Failure to Register

### DEFENDANT INFORMATION

Last Name: Chavez
First Name: Alberto

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

Forfeiture Amount: $50
+ $30 Processing Fee
Total Collateral Due: $80.00

X Defendant Signature: Refused to Sign

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5/17/2025, 20 25 while exercising my duties as a law enforcement officer in the _____ District of Wyoming

See ROI G-166

The foregoing statement is based upon:
☒ my personal investigation

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/17/2025

Probable cause has been stated for the issuance of a warrant.